

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0478 JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| GONZALO SOLIS-SALAZAR, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

### Count 1

On or about  1\18\2008 , within the Southern District of California, defendant GONZALO SOLIS-SALAZAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on February 15, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court

//

JDM:mg:San Diego
1/24/08

for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

### Count 2

On or about January 22, 2008, within the Southern District of California, defendant GONZALO SOLIS-SALAZAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on February 15, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 2/21/08

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney