AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

[ ] 2 1 2008

UNITED STATES OF AMERICA

v.

GONZALO SOLIS-SALAZAR

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0478 -JAH

I, <u>GONZALO SOLIS-SALAZAR</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on FEBRUARY 21, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER