Minutes of the United States District Court
Southern District of California
**MARCH 26, 2008**

HON. **JAN M. ADLER**                    DEPUTY CLERK: **R. RHONE**

---

TAPE NO. JMA08-01-10:40-10:44

| 08CR478-JAH | USA | vs. | GONZALO SOLIS-SALAZAR (C) |

STATUS CONF

SARA PELOQUIN, FEDERAL DEFENDERS

AUSA: CALEB MASON

---

GOVT'S ORAL MOTION TO DISMISS CASE   - GRANTED
ABSTRACT ISSUED TO USM

1 MINUTE