# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08cr478-JAH** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| **Gonzalo Solis-Salazar** | ) | Booking No. **30917112** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3/27/08** the Court entered the following order:

- [X] Defendant be released from custody. **as to this case only**
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [X] Other. **Dft is charged in an indictment; 08cr887-JAH Do Not release dft.**

**JAN M. ADLER**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _Rhead Rhuer_, Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY