UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -2 AM 11:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: 9  DEPUTY

FILED
08 MAR 27 AM 11:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM  DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GONZALO SOLIS-SALAZAR,

Defendant.

CASE NO.: 08CR478-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8; 1325 .

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 27, 2008

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 3/28/08
United States Marshal
By: [signature] Curran
USMS Criminal Section

ENTERED ON _____